Printed on: 12/31/2024
ANDREW B. FINBERG [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 24-16956 (JNP)

Graig A Epstein
24 Tiros Ave.
Sewell, NJ  08080

Monthly Payment: $300.00
Payments / Month: 1
Current Trustee Comp.: 10.00%

**For the period of 01/01/2024 to 12/31/2024**
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 08/08/2024 | $300.00 | 09/10/2024 | $300.00 | 10/08/2024 | $300.00 | 12/11/2024 | $600.00 |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | GRAIG A EPSTEIN | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | MITCHELL LEE CHAMBERS, JR., ESQUIRE | 13 | $4,400.00 | $810.00 | $3,590.00 | $0.00 |
| 1 | AMY STEINBERG | 15 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | CFNA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | CBUSASEARS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | CITIBANK/GOODYEAR | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | CITIBANK/SEARS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | ELEVATE RECOVERIES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | FAY SERVICING, LLC | 24 | $98,303.82 | $0.00 | $98,303.82 | $0.00 |
| 8 | GERSTEIN, GRAYSON & COHEN, LLP | 33 | $4,924.78 | $0.00 | $0.00 | $0.00 |
| 9 | KOHL'S | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | MARSHALL LANDSCAPING, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | ANDREW B FINBERG | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | MITCHELL L CHAMBERS JR. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 08/01/2024 | 36.00 | $300.00 |
| 08/01/2027 | Projected end of plan | |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| | |
|---|---|
| Total payments received this period: | $1,500.00 |
| Total paid to creditors this period: | $0.00 |
| Undistributed Funds on Hand: | $540.00 |
| Arrearages: | $0.00 |
| Attorney: | MITCHELL LEE CHAMBERS, JR., ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**