UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Wilmington Savings Fund, et al.

In Re:

Graig A. Epstein,

Debtor.

Case No.:  24-16956-JNP

Chapter:  13

Hearing Date:  02/04/2025

Judge:  Poslusny

# STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled          ☐ Withdrawn

Matter: Motion for Relief from Stay re: 24 Tiros Avenue, Sewell, NJ 08080 (Docket # 36)

_____

Date: 02/03/2025                              /s/ Denise Carlon
                                              Signature

*rev.8/1/15*