Form 173 – hrggeneral

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.: 24–16956–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Graig A Epstein
    24 Tiros Ave.
    Sewell, NJ 08080

Social Security No.:
    xxx–xx–7638

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:            April 15, 2025
Time:            11:00 AM
Location:        4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*43* – Motion to Sell 24 Tiros Ave., Sewell, Nj 08080 Filed by Mitchell L Chambers Jr. on behalf of Graig A Epstein. Hearing scheduled for 4/8/2025 at 11:00 AM, JNP – Courtroom 4C, Camden.. (Attachments: # 1 Exhibit # 2 Exhibit # 3 Exhibit # 4 Proposed Order # 5 Certificate of Service) (Chambers, Mitchell)

*46* – Motion to Avoid Lien of GERSTEIN, GRAYSONM AND COHEN; MARSHALL LANDSCAPING, LLC Filed by Mitchell L Chambers Jr. on behalf of Graig A Epstein. Hearing scheduled for 4/8/2025 at 11:00 AM, JNP – Courtroom 4C, Camden.. (Attachments: # 1 Certificate of Service # 2 Proposed Order) (Chambers, Mitchell)

and transact such other business as may properly come before the meeting.


Dated: March 25, 2025
JAN: kvr

                                                        Jeanne Naughton
                                                        Clerk