Form 173 − hrggeneral

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 24−16956−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Graig A Epstein
   24 Tiros Ave.
   Sewell, NJ 08080

Social Security No.:
   xxx−xx−7638

Employer's Tax I.D. No.:

## NOTICE OF HEARING

   NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:             April 15, 2025
Time:             11:00 AM
Location:         4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

*43* − Motion to Sell 24 Tiros Ave., Sewell, Nj 08080 Filed by Mitchell L Chambers Jr. on behalf of Graig A Epstein. Hearing scheduled for 4/8/2025 at 11:00 AM, JNP − Courtroom 4C, Camden.. (Attachments: # 1 Exhibit # 2 Exhibit # 3 Exhibit # 4 Proposed Order # 5 Certificate of Service) (Chambers, Mitchell)

*46* − Motion to Avoid Lien of GERSTEIN, GRAYSONM AND COHEN; MARSHALL LANDSCAPING, LLC Filed by Mitchell L Chambers Jr. on behalf of Graig A Epstein. Hearing scheduled for 4/8/2025 at 11:00 AM, JNP − Courtroom 4C, Camden.. (Attachments: # 1 Certificate of Service # 2 Proposed Order) (Chambers, Mitchell)

and transact such other business as may properly come before the meeting.


Dated: March 25, 2025
JAN: kvr

                                                          Jeanne Naughton
                                                          Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                 Case No. 24-16956-JNP
Graig A Epstein                                                        Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin                    Page 1 of 2
Date Rcvd: Mar 25, 2025       Form ID: 173                   Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 27, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Graig A Epstein, 24 Tiros Ave., Sewell, NJ 08080-1924 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 27, 2025                Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 25, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | ecfmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Ashley Pascuzzi | on behalf of Creditor Fay Servicing LLC as servicing agent for Wilmington Savings Fund Society FSB, not in its individual capacity but solely as Owner Trustee for the FLIC Residential Mortgage Loan Trust I ecfnotices@grosspolowy.com |
| Courtney R. Shed | on behalf of Loss Mitigation Fay Servicing LLC cshed@grosspolowy.com, ecfnotices@grosspolowy.com |
| Denise E. Carlon | on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY. FSB NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR THE FLIC RESIDENTIAL MORTGAGE LOAN TRUST I dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Laura M. Egerman | on behalf of Creditor Wilmington Savings Fund Society. FSB not in its individual capacity but solely as Owner Trustee for the |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Mar 25, 2025 | Form ID: 173 | Total Noticed: 1 |

FLIC Residential Mortgage Loan Trust I  laura.egerman@mccalla.com, mccallaecf@ecf.courtdrive.com

Laura M. Egerman

on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY. FSB  NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR THE FLIC RESIDENTIAL MORTGAGE LOAN TRUST I laura.egerman@mccalla.com, mccallaecf@ecf.courtdrive.com

Mitchell L Chambers, Jr.

on behalf of Debtor Graig A Epstein ecfbc@comcast.net

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8