UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

LAW OFFICES OF MITCHELL CHAMBERS
602 LITTLE GLOUCESTER ROAD
SUITE 5
BLACKWOOD, NJ 08012

Order Filed on March 31, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

GRAIG A. EPSTEIN

Case No.: 24-16956

Chapter: 13

Judge: JNP

# ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following pages, numbered two (2) and three (3), is hereby **ORDERED**.

**DATED: March 31, 2025**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

After review of the application of ___Debtor's Application to Sell Property___ for the reduction of time for a hearing on  Debtor's Motion to Sell Real-Estate and Debtor's Motion to Avoid Judical liens  under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on ___April 8, 2025___ at __11:00 a.m__ in the United States Bankruptcy Court, ___400 Cooper Street, 4th Floor, Camden, NJ 08101___, Courtroom No. __4c__.

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: Chapter 13 Trustee and Counsel for the Mortgage Lender
E-Mail must be by Consent

by ☐ each, ☒ any of the following methods selected by the Court:

☐ fax, ☒ overnight mail, ☐ regular mail, ☒ email, ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:
_____
_____

by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax, ☐ overnight mail, ☐ regular mail, ☐ email, ☐ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order, or

☐ within _____ day(s) of the date of this Order.

5. Notice by telephone:

☒ is not required

☐ must be provided to _____

☐ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

2

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to the motion/application identified above:

   ☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail
   _____ day(s) prior to the scheduled hearing; or

   ☒ may be presented orally at the hearing.

8.  ☒ Court appearances are required to prosecute the motion/application and any objections.

   ☒ Parties may request to appear by phone by contacting Chambers prior to the return date.

*rev.1/12/22*