```
UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
```

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

```
LAW OFFICES OF MITCHELL LEE CHAMBERS
602 LITTLE GLOUCESTER ROAD
SUITE 5
BLACKWOOD, NJ 08012
PHONE:  856-302-1778
```

Order Filed on April 8, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Graig A. Epstein

Case No.:        24-16956

Hearing Date:    April 8, 2025

Chapter:         13

Judge:           JNP

## ORDER AVOIDING JUDICIAL LIENS AS TO

**24 Tiros Ave., Sewell, NJ 08080**

**DATED: April 8, 2025**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Upon consideration of Debtor's Motion to Avoid Liens (the "Motion"), and after notice and opportunity for a hearing, it is hereby ORDERED and DECREED that:

1. The Motion is granted;

2. The liens affecting any interest of Debtor in property (the "Liens") obtained by Gerstein, Grayson, Cohen, and Mellet in the amount of $6,921.00 by judgments entered on or about May 8, 2018 in Gloucester County Special Civil Law Division bearing docket # DC-002742-18 and the judgment being docketed as VJ-2976-18 is hereby avoided and declared null and void against 24 Tiros Ave., Sewell, NJ 08080.

3. The liens affecting any interest of Debtor in property (the "Liens") obtained by Marshall Landscaping, LLC in the amount of $317.00 by judgments entered on or about April 15, 2019 in Gloucester County Special Civil Law Division bearing docket # SC-00014519 and the judgment being docketed as VJ-1494-19 is hereby avoided and declared null and void against 24 Tiros Ave., Sewell, NJ 08080.

4. All property affected by the Liens, and title thereto and possession thereof, is hereby discharged from the Liens, including the real and personal property located at 24 Tiros Ave., Sewell, NJ 08080.