UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

LAW OFFICES OF MITCHELL LEE CHAMBERS
602 LITTLE GLOUCESTER ROAD
SUITE 5
BLACKWOOD, NJ 08012
PHONE: 856-302-1778

In Re:

Graig A. Epstein

Order Filed on April 8, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 24-16956
Hearing Date: April 8, 2025
Chapter: 13
Judge: JNP

## ORDER AVOIDING JUDICIAL LIENS AS TO

**24 Tiros Ave., Sewell, NJ 08080**

**DATED: April 8, 2025**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Upon consideration of Debtor's Motion to Avoid Liens (the "Motion"), and after notice and opportunity for a hearing, it is hereby ORDERED and DECREED that:

1. The Motion is granted;

2. The liens affecting any interest of Debtor in property (the "Liens") obtained by Gerstein, Grayson, Cohen, and Mellet in the amount of $6,921.00 by judgments entered on or about May 8, 2018 in Gloucester County Special Civil Law Division bearing docket # DC-002742-18 and the judgment being docketed as VJ-2976-18 is hereby avoided and declared null and void against 24 Tiros Ave., Sewell, NJ 08080.

3. The liens affecting any interest of Debtor in property (the "Liens") obtained by Marshall Landscaping, LLC in the amount of $317.00 by judgments entered on or about April 15, 2019 in Gloucester County Special Civil Law Division bearing docket # SC-00014519 and the judgment being docketed as VJ-1494-19 is hereby avoided and declared null and void against 24 Tiros Ave., Sewell, NJ 08080.

4. All property affected by the Liens, and title thereto and possession thereof, is hereby discharged from the Liens, including the real and personal property located at 24 Tiros Ave., Sewell, NJ 08080.

United States Bankruptcy Court

District of New Jersey

In re:  
Graig A Epstein  
    Debtor

Case No. 24-16956-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 2  
Date Rcvd: Apr 09, 2025      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 11, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Graig A Epstein, 24 Tiros Ave., Sewell, NJ 08080-1924 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 11, 2025      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 9, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | ecfmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Ashley Pascuzzi | on behalf of Creditor Fay Servicing LLC as servicing agent for Wilmington Savings Fund Society FSB, not in its individual capacity but solely as Owner Trustee for the FLIC Residential Mortgage Loan Trust I ecfnotices@grosspolowy.com |
| Courtney R. Shed | on behalf of Loss Mitigation Fay Servicing LLC cshed@grosspolowy.com, ecfnotices@grosspolowy.com |
| Denise E. Carlon | on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY. FSB NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR THE FLIC RESIDENTIAL MORTGAGE LOAN TRUST I dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Laura M. Egerman | on behalf of Creditor Wilmington Savings Fund Society. FSB not in its individual capacity but solely as Owner Trustee for the FLIC Residential Mortgage Loan Trust I laura.egerman@mccalla.com, mccallaecf@ecf.courtdrive.com |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Apr 09, 2025 | Form ID: pdf903 | Total Noticed: 1 |

Laura M. Egerman
    on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY. FSB  NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR THE FLIC RESIDENTIAL MORTGAGE LOAN TRUST I laura.egerman@mccalla.com, mccallaecf@ecf.courtdrive.com

Mitchell L Chambers, Jr.
    on behalf of Debtor Graig A Epstein ecfbc@comcast.net

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8