Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 24−16956−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Graig A Epstein
   24 Tiros Ave.
   Sewell, NJ 08080

Social Security No.:
   xxx−xx−7638

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on May 8, 2025.

Dated: May 8, 2025
JAN: as

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 24-16956-JNP |
| Graig A Epstein | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: May 08, 2025 | Form ID: plncf13 | Total Noticed: 17 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 10, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Graig A Epstein, 24 Tiros Ave., Sewell, NJ 08080-1924 |
| aty | + | Ashley M Pascuzzi, 95 Mount Bethel Road, Suite 3, Warren, NJ 07059-5169 |
| 520328643 | + | AMY STEINBERG, 100 WILSON ROAD, Blackwood, NJ 08012-1474 |
| 520328650 | + | GERSTEIN GRAYSON COHEN, 1288 ROUTE 73, STE 301, Mount Laurel, NJ 08054-2237 |
| 520337276 | + | Gerstein Grayson & Cohen, LLP, 1288 RT 73 South, Suite 301, Mount Laurel, NJ 08054-2237 |
| 520328652 | + | MARSHALL LANDSCAPING, LLC, 1902 NEWPORT GAP PIKE, Wilmington, DE 19808-6136 |
| 520387388 | | Wilmington Savings Fund Society. FSB,, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 08 2025 20:50:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 08 2025 20:50:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| lm | | Email/Text: ECF@fayservicing.com | May 08 2025 20:49:00 | Fay Servicing, LLC, 1601 Lyndon B. Johnson Fwy, Farmers Branch, TX 75234 |
| 520328645 | + | Email/Text: BKPT@cfna.com | May 08 2025 20:49:00 | CFNA, Attn: Bankruptcy, Po Box 81315, Cleveland, OH 44181-0315 |
| 520328644 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 08 2025 20:58:36 | Cbusasears, Attn: Bnakruptcy, Po Box790040, St Louis, MO 63179-0040 |
| 520328646 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 08 2025 20:58:35 | Citibank/Goodyear, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 520328647 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 08 2025 21:09:33 | Citibank/Sears, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 520328648 | | Email/Text: customersupport@elevaterecoveries.com | May 08 2025 20:49:00 | Elevate Recoveries, Attn: Bankruptcy, Po Box 910009, Sherman, TX 75091 |
| 520328649 | | Email/Text: ECF@fayservicing.com | May 08 2025 20:49:00 | FAY SERVICING, LLC, 1601 LBJ FREEWAY, Dallas, TX 75234 |
| 520328651 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 08 2025 21:22:27 | Kohl's, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |

TOTAL: 10

Case 24-16956-JNP   Doc 71   Filed 05/10/25   Entered 05/11/25 00:16:06   Desc Imaged
Certificate of Notice   Page 3 of 3

| District/off: 0312-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 08, 2025 | Form ID: plncf13 | Total Noticed: 17 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| r | ##+ | Mark Scarpa, Township Realty, 279 Egg Harbor Rd, Suite A, Sewell, NJ 08080-3149 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 10, 2025           Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 8, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Ashley Pascuzzi | on behalf of Creditor Fay Servicing  LLC as servicing agent for Wilmington Savings Fund Society FSB, not in its individual capacity but solely as Owner Trustee for the FLIC Residential Mortgage Loan Trust I ecfnotices@grosspolowy.com |
| Courtney R. Shed | on behalf of Loss Mitigation Fay Servicing  LLC cshed@grosspolowy.com, ecfnotices@grosspolowy.com |
| Denise E. Carlon | on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY. FSB  NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR THE FLIC RESIDENTIAL MORTGAGE LOAN TRUST I dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Laura M. Egerman | on behalf of Creditor Wilmington Savings Fund Society. FSB  not in its individual capacity but solely as Owner Trustee for the FLIC Residential Mortgage Loan Trust I laura.egerman@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Laura M. Egerman | on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY. FSB  NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR THE FLIC RESIDENTIAL MORTGAGE LOAN TRUST I laura.egerman@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Mitchell L Chambers, Jr. | on behalf of Debtor Graig A Epstein ecfbc@comcast.net |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8