ANDREW B. FINBERG [*ICB-99001-00*]

**IN THE UNITED STATES BANKRUPTCY COURT FOR**
**THE DISTRICT OF NEW JERSEY**

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**
**Case Number: 24-16956 (JNP)**

Monthly Payment: $300.00
Payments / Month: 1
Current Trustee Comp.: 10.00%

Graig A. Epstein
24 Tiros Avenue
Sewell, NJ 08080

**For the period of 01/01/2025 to 12/31/2025**
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/28/2025 | $300.00 | 02/21/2025 | $300.00 | 03/21/2025 | $300.00 | 04/22/2025 | $300.00 |
| 05/21/2025 | $300.00 | 06/23/2025 | $300.00 | 07/22/2025 | $300.00 | 08/21/2025 | $300.00 |
| 09/23/2025 | $300.00 | 10/21/2025 | $300.00 | 11/21/2025 | $300.00 | 12/23/2025 | $300.00 |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | GRAIG A. EPSTEIN | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | MITCHELL LEE CHAMBERS, JR., ESQUIRE | 13 | $4,400.00 | $3,258.66 | $1,141.34 | $810.00 |
| 0 | MITCHELL LEE CHAMBERS, JR., ESQUIRE | 13 | $800.00 | $447.79 | $352.21 | $0.00 |
| 1 | AMY STEINBERG | 15 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | CFNA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | CBUSASEARS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | CITIBANK/GOODYEAR | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | CITIBANK/SEARS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | ELEVATE RECOVERIES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | FAY SERVICING, LLC | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | GERSTEIN, GRAYSON & COHEN, LLP | 33 | $4,924.78 | $0.00 | $4,924.78 | $0.00 |
| 9 | KOHL'S | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | MARSHALL LANDSCAPING, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | ANDREW B FINBERG | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | MITCHELL L CHAMBERS JR. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | FAY SERVICING, LLC | 13 | $549.00 | $343.56 | $205.44 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 08/01/2024 | 8.00 | $0.00 |
| 04/01/2025 | Paid to Date | $2,700.00 |
| 05/01/2025 | 27.00 | $300.00 |
| 08/01/2027 | Projected end of plan | |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| | |
|---|---|
| Total payments received this period: | $3,600.00 |
| Total paid to creditors this period: | $810.00 |
| Undistributed Funds on Hand: | $540.00 |
| Arrearages: | $0.00 |
| Attorney: | MITCHELL LEE CHAMBERS, JR., ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**